IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 133 MOC WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT JAMES TURNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion to Seal Exhibit No. 1 in Sentencing Memorandum (Doc. 30)("Motion to Seal"). The subject document is a psychological report prepared by psychologist Ashley King, Ph.D.

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motion to Seal, the public's interest in access to the psychological report, and alternatives to sealing. Though the Motion to Seal has only been on the docket a short time, the undersigned

agrees that sealing of the subject filing is appropriate and that less restrictive means of handling the information are not sufficient as the psychological report contains Defendant's sensitive medical and psychological information as well as numerous details about other individuals.

**IT IS THEREFORE ORDERED THAT** Defendant's Motion to Seal Exhibit No. 1 in Sentencing Memorandum (Doc. 30) is **GRANTED**, and Defendant's psychological report (Doc. 30-1) is hereby **SEALED** and shall remain sealed until further Order of the Court.

Signed: August 10, 2020

W. Carleton Metcalf
United States Magistrate Judge